**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**James Holman BROWNING, Jr.,**
**Defendant–Appellant.**

**No. 11–7163.**

United States Court of Appeals,
Fourth Circuit.

Submitted: Nov. 10, 2011.

Decided: Nov. 17, 2011.

James Holman Browning, Jr., Appellant Pro Se. Robert Michael Hamilton, Angela Hewlett Miller, Assistant United States Attorneys, Greensboro, North Carolina, for Appellee.

Before MOTZ, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Holman Browning, Jr., appeals the district court's order denying his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Browning,* No. 1:03–cr–00036–JAB–2 (M.D.N.C. June 15, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*